UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-06424-ODW (ASx) | Date | October 2, 2025 |
|---|---|---|---|
| Title | *Jean Chouteau v. Impact Network, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

The Court is in receipt of Plaintiff's Counsel's Declaration (ECF. No. 26), filed in response to the Court's Order to Show Cause regarding Dismissal, (ECF No. 25). In light of Plaintiff's response, the Court extends the time for Plaintiff to respond to the OSC.

Thus, the Court hereby **ORDERS** Plaintiff to show cause in writing no later than **October 31, 2025**, why this action should not be dismissed for lack of prosecution.

The Court will consider, as an appropriate response to the OSC, the filing of a noticed motion for entry of default judgment against Defendants Impact Network, Inc., Wayne T. Jackson, and Royal Jackson, on or before October 31, 2025.

**IT IS SO ORDERED.**

                                              _____ :   00
                                              Initials of Preparer   SE